UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-227-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KEVIN LEE DENNINGS | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the document filed at Docket Entry # 38 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

This 11th day of April, 2018.

MALCOLM J. HOWARD
Senior United States District Court Judge