IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:17-CR-00227-H-1

UNITED STATES OF AMERICA    :
                            :
        v.                  :
                            :
KEVIN LEE DENNINGS          :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a guilty plea by the defendant on October 12, 2017, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing violations of 18 U.S.C. § 922(g)(1) and 924, to wit, Jennings, Model J-22, .22 caliber, semiautomatic pistol, bearing serial number 349574, and all accompanying ammunition;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.  That based upon the guilty plea as to the defendant Kevin

Lee Dennings, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at the time of sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 18 day of April, 2018.

MALCOLM J. HOWARD
Senior United States District Judge